UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOWARD COHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| WHM REVERE, LLC, ) | Case No. 16-8693 |
| ) | |
| ) | Hon. Rubén Castillo |
| ) | Magistrate Judge Maria Valdez |
| Defendant. ) | |

## STIPULATION TO THE VOLUNTARY DISMISSAL OF ACTION

Pursuant to FED. R. CIV. P. 41(a)(1), the Plaintiff, Howard Cohan and the Defendant, WHM Revere, LLC, by and through their respective attorneys of record, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

Respectfully submitted,

HOWARD COHAN                                   WHM REVERE, LLC

By: *Marshall J. Burt*                         By: *Ann H. MacDonald*
    Counsel for Plaintiff                          Counsel for Defendant

Marshall J. Burt, Esq.                         Ann H. MacDonald, Esq.
The Burt Law Group, Ltd.                       Paula J. Morency, Esq.
77 W. Washington, Ste 1300                     Schiff Hardin LLP
Chicago, IL 60602                              233 South Wacker Drive, Ste 6600
312-419-1999                                   Chicago, IL 60606
marshall@mjburtlaw.com                         312-258-5549
                                               amacdonald@schiffhardin.com

1